UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| CRAIG M. HUSKA | : | |
| | : | |
| Debtor | : | Bankruptcy No. 25-11076(AMC) |
| | : | |

## **ORDER**

AND NOW, upon consideration of the Debtor's expedited motion to file a new bankruptcy case in order to stop the foreclosure sale scheduled for February 20, 2026 ("Expedited Motion"), it is hereby ORDERED that:

1. The Expedited Motion is denied.[1]

February 17, 2026

_____
Ashely M. Chan
United States Bankruptcy Judge

---

[1] There is no basis to grant the expedited motion since the Debtor has created the emergent circumstances here by not communicating with his counsel since October 2025 and only responding to Debtor's counsel January 19, 2026 email regarding the upcoming foreclosure sale on February 13, 2026.